No. 91–6875.  GORE v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 91–6877.  JOKINEN v. UNITED STATES (two cases).  C. A. 6th Cir.  Certiorari denied.

No. 91–6880.  DAVIS v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 91–6882.  VARELA v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 91–6883.  TORRES v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 91–6884.  SEKANDARY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–6885.  COUTIN v. PRESIDENT OF HASTINGS COLLEGE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 91–6888.  BERRIO-LONDONO v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 91–6889.  CORTEZ-GOMEZ v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 91–6892.  CLARK v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–6893.  DEMPSEY v. MASSACHUSETTS.  C. A. 1st Cir.  Certiorari denied.

No. 91–6895.  DUVE v. DUVE.  App. Ct. Conn.  Certiorari denied.

No. 91–6896.  BURGE v. WHITLEY, WARDEN.  Sup. Ct. La.  Certiorari denied.

No. 91–6897.  COX v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.